IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHELLE SANTIAGO HASKINS,

      Appellant,

                                   Case No.  5D22-571
v.                                LT Case No. 21-CT-000267-A-OS


STATE OF FLORIDA,

      Appellee.
_____/

Decision filed October 25, 2022

Appeal from the County Court
for Osceola County,
Gabrielle Sanders-Morency, Judge.

Matthew J. Metz, Public Defender, and
Glendon G. Gordon, Jr., Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

    AFFIRMED.

COHEN, NARDELLA and WOZNIAK, JJ., concur.